1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,          )   Criminal No. CR 06-0790 CRB
15                                    )
          Plaintiff,                  )
16                                    )
                                      )   **STIPULATION AND [PROPOSED]**
17    v.                              )   **ORDER EXCLUDING TIME**
                                      )
18                                    )
   JEREMY CHRISTIAN BRICKNER,         )
19                                    )
          Defendant.                  )
20 _____)

21

22      The above-captioned matter came before the Court on December 8, 2006, for initial

23 appearance. The defendant was represented by Ronald Tyler, Esq., and the government was

24 represented by Jeffrey Finigan, Assistant United States Attorney. The mater was continued to

25 December 15, 2006, at 11:00 a.m. in this Court for further proceedings and to December 20,

26 2006, at 2:15 p.m., before the Honorable Charles R. Breyer, United States District Court Judge,

27 for initial appearance in district court..

28      The Court made a finding that the time from and including December 8, 2006, through

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0790 CRB

*E-Filing*

December 20, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until December 20, 2006, before Judge Breyer and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   December 8, 2006            /s/
                                     RONALD TYLER
                                     Counsel for Jeremy Brickner


DATED:   December 8, 2006            /s/
                                     JEFFREY FINIGAN
                                     Assistant U.S. Attorney

So ordered.
DATED: // Dec 06
                                     BERNARD ZIMMERMAN
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0790 CRB                           2