IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiff, ) | No. CR 06-0790 CRB |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING AND |
| JEREMY BRICKNER, ) | <u>EXCLUDING TIME</u> |
| ) | |
|          Defendant. ) | |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from December 20, 2006 until January 10, 2007 at 2:15 p.m. The defendant made his initial appearance before a magistrate on December 8, 2006. The government produced discovery on December 11. The defendant was ordered released on bond on December 15. Defense counsel has not yet met and conferred with the defendant regarding the discovery materials. Defense counsel will be unavailable from December 20, 2006 until January 8, 2007.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation and for continuity of counsel.

It is so stipulated.

DATED: December 18, 2006        _____/S/_____
                                                     RONALD TYLER
                                                     Assistant Federal Public Defender
                                                     Counsel for Jeremy Brickner

STIP & ORDER CONTINUING
HEARING
*United States v. Brickner*
CR 06-0790 CRB                             - 1 -

DATED: December 18, 2006            /S/
                                    JEFFREY FINIGAN
                                    Assistant United States Attorney

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until January 10, 2007 at 2:15 p.m.  Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from December 20, 2006 until January 10, 2007 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED:  December 18, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



STIP & ORDER CONTINUING
HEARING
*United States v. Brickner*
CR 06-0790 CRB                          - 2 -