KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06-0790 CRB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| JEREMY CHRISTIAN BRICKNER, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on January 10, 2007, for initial appearance.  The defendant was represented by Ronald Tyler, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to February 7, 2007, at 2:15 p.m. in this Court for further proceedings.

The Court made a finding that the time from and including January 10, 2007, through February 7, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0790 CRB

1  and the defendant in a speedy trial.  The finding was based on the need for the defendant to have
2  reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
4      The parties hereby agree to and request that the case be continued until February 7, 2007,
5  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

12 DATED:    January 11, 2007                    /s/
                                                RONALD TYLER
13                                              Counsel for Jeremy Brickner

15 DATED:    January 10, 2007                    /s/
                                                JEFFREY FINIGAN
16                                              Assistant U.S. Attorney

18 So ordered.
19 DATED:   January 12, 2007
20                                              CHARLES R. BREYER
                                                UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0790 CRB                    2