IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY BRICKNER,<br><br>　　　　　Defendant. | No. CR 06-0790 CRB<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from February 7, 2007 until February 28, 2007 at 2:15 p.m. Defense counsel conducted an evidence review on January 22, 2007. On January 26, upon request, the government produced an additional three bankers boxes of discovery.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation by defense counsel.

It is so stipulated.

DATED:　　2/1/2007　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Counsel for Jeremy Brickner

DATED:　　2/1/2007　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　JEFFREY FINIGAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIP & ORDER CONTINUING HEARING
*United States v. Brickner*
CR 06-0790 CRB　　　　　　　　　　- 1 -

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until January 10, 2007 at 2:15 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from February 7, 2007 until February 28, 2007 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: February 2, 2007



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Brickner*
CR 06-0790 CRB                         - 2 -