SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY CHRISTIAN BRICKNER,<br><br>    Defendant. | Criminal No. CR 06-0790 CRB<br><br>**REQUEST TO RESCHEDULE HEARINGS AND [PROPOSED] ORDER** |

       The above-captioned matter is set for pretrial conference on May 3, 2007, and for jury trial on May 7, 2007.  On April 10, 2007, the parties submitted a plea agreement to the Court. Accordingly, the government respectfully requests that the Court issue the attached order rescheduling the appearance on May 3, 2007, for change of plea and vacating the trial date of

///

///

///

REQUEST TO RESCHEDULE
AND [PROPOSED] ORDER
CR 06-0790 CRB

1  May 7, 2007. Undersigned government counsel has consulted with defense counsel, Mr. Tyler,
2  on this issue and Mr. Tyler has no objection to the proposed order.

5  DATED: April 10, 2007                    Respectfully submitted,

6                                           SCOTT N. SCHOOLS
                                            United States Attorney

8                                           _____/s/_____
9                                           JEFFREY R. FINIGAN
                                            Assistant United States Attorney

### ORDER

Based upon the foregoing, the Court hereby **ORDERS** the following: (1) the parties shall appear before the Court as scheduled on May 3, 2007, at 2:15 for change of plea; and (2) the May 7, 2007, jury trial is vacated.

DATED:   April 11, 2007                    _____
                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

REQUEST TO RESCHEDULE
AND [PROPOSED] ORDER
CR 06-0790 CRB                              2