IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JEREMY BRICKNER,<br><br>         Defendant. | No. CR 06-0790 CRB<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |

**STIPULATION**

On April 10, 2007, the parties submitted a plea agreement to the Court. The matter was set for a change of plea hearing on May 3, 2007. The plea agreement constitutes a global settlement of this matter and Case No. CR S-06-0509 GEB from the Eastern District of California. All necessary parties in both districts, including the defendant, have signed the consent form to transfer the Eastern District case to this district. Until the transfer formally occurs, with the case file from the Eastern District lodged in the Clerk's Office and a new case number assigned, the change of plea hearing cannot go forward. Accordingly, the parties agree to continue the hearing in the above-captioned matter from May 3, 2007 until June 6, 2007 at 2:15 p.m. The parties further request that time be excluded under the Speedy Trial Act based upon the delay due to transfer of the case. It is so stipulated.

DATED: May 1, 2007                                /S/
                                                  RONALD TYLER
                                                  Assistant Federal Public Defender
                                                  Counsel for Jeremy Brickner

DATED: May 1, 2007                                /S/
                                                  JEFFREY FINIGAN
                                                  Assistant United States Attorney

STIP & ORDER CONTINUING HEARING
*United States v. Brickner*
CR 06-0790 CRB                          - 1 -

1 **ORDER**

2    The Court finds as follows:

3    The aforementioned delay resulting from transfer of Case No. CR S-06-0509 GEB from the
4 Eastern District of California is a proper and permissible basis for exclusion of time under the
5 Speedy Trial Act, Title 18 United States Code § 3161(h)(1)(G).

6    Accordingly, this matter is continued until June 6, 2007 at 2:15 p.m. and the period from May
7 3, 2007 until June 6, 2007 is excluded in computing the time within which the trial of this matter
8 must commence.

9 IT IS SO ORDERED.

11 DATED:   May 2, 2007

12 _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



26 STIP & ORDER CONTINUING
HEARING
*United States v. Brickner*
CR 06-0790 CRB                           - 2 -