IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>            ) <br>            Plaintiff,  ) <br>            ) <br>    v.      ) <br>            ) <br> JEREMY CHRISTIAN BRICKNER,  ) <br>            ) <br>            Defendant.  ) <br> ───────────────────────────── ) | No. CR 06-00790 CRB <br><br> **ORDER EXONERATING BOND** |

The bond previously posted and secured by Mark Jocoy with property located in Sacramento, California, 95831 is hereby EXONERATED. The lien against the surety's property may be lifted.

IT IS SO ORDERED.

Dated:   July 2, 2010

_____
Honorable Charles R. Breyer
United States District Judge

ORDER EXONERATING BOND